**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **Logan Berke** | | |
| **Plaintiff** | : | **3:26-CV- 3472  ( NRB )** |
| | : | |
| **v.** | : | |
| | : | |
| **Joel Berkowitz** | : | |
| | : | |
| **Defendant.** | : | **July 11, 2026** |

### PLAINTIFF'S  MOTION FOR LEAVE TO FILE A SECOND AMENDED

### COMPLAINT

Pursuant to FRCP Rules 15 (a) (2) the Plaintiff in the above captioned matter hereby moves this Court to permit him to file a second amended complaint, nunc pro tunc

The Plaintiff has submitted a memorandum in support of this motion.

The Plaintiff

By his Attorney

Application granted nunc pro tunc.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
      July 13, 2026

/s/ Robert Berke

_____

Robert M. Berke
640 Clinton Avenue
Bridgeport, CT 06605
203 332-6000
 203 332-0661 fax
CT Federal Bar No. 22117
robertberke@optonline.net
www.robertberke.com

## <u>Certification</u>

I hereby certify that on the date above a copy of the foregoing was filed electronically to all counsel. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, and Defendant Berkowitz at:

77 Ralph Street, Bergenfield, NJ   07621


/s/  Robert Berke

_____

Robert M. Berke

640 Clinton Avenue

Bridgeport, CT 06606

203 332-6000